# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| ERICA PARKS, DANIEL T. DURGIN, HAROLD NYANJOM, and KELLIE NYANJOM on behalf of themselves and others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>　　　Defendant. | Civil Case No. 1:21-cv-00258-MWM |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Erica Parks, Daniel T. Durgin, Harold Nyanjom, and Kellie Nyanjom, hereby voluntarily dismiss with prejudice all claims.  Each side shall bear its own attorneys' fees and costs.

Dated:  June 29, 2023.　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ William B. Federman*
　　　　　　　　　　　　　　　　　　　　　　　　William B. Federman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　**FEDERMAN & SHERWOOD**
　　　　　　　　　　　　　　　　　　　　　　　　10205 N. Pennsylvania Ave.
　　　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73120
　　　　　　　　　　　　　　　　　　　　　　　　(405) 235-1560
　　　　　　　　　　　　　　　　　　　　　　　　(405) 239-2112 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　　wbf@federmanlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　Marc E. Dann (0039425)
　　　　　　　　　　　　　　　　　　　　　　　　Brian D. Flick (0081605)
　　　　　　　　　　　　　　　　　　　　　　　　**DANNLAW**
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 6031040
　　　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44103

Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

David M. Pastor
**PASTOR LAW OFFICE, PC**
63 Atlantic Ave.
3rd Floor
Boston, MA 02110
Phone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

*Attorneys for Plaintiffs Erica Parks, Daniel T. Durgin, Harold Nyanjom, and Kellie Nyanjom*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

*/s/ William B. Federman*
William B. Federman (*pro hac vice*)